

**Circuit Court of the First Circuit —THE JUDICIARY • STATE OF HAWAI'I**

777 PUNCHBOWL STREET • HONOLULU, HAWAI'I 96813-5093 • TELEPHONE (808) 539-4333 • FAX (808) 539-4322

Patsy K. Nakamoto
COURT ADMINISTRATOR

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 08 2017

at ___ o'clock and 30 min. ___ M.
SUE BEITIA, CLERK

March 8, 2017

ORIGINAL VIA HAND DELIVERY
RETURN RECEIPT REQUESTED

Ms. Sue Beitia, Chief Clerk
Office of the Clerk
United States District Court of the District of Hawaii
300 Ala Moana Boulevard, Room C-338
Honolulu, HI 96850

**RE:   CIVIL NO. 17-1-0167-01 KTN
       LINDA ROBINSON, ETC VS FIRST HAWAIIAN BANK
       CASE 1:17-CV-0105**

Dear Ms. Beitia:

   Pursuant to **NOTICE OF FILING NOTICE OF REMOVAL; EXHIBIT A; CERTIFICATE OF SERVICE**, filed March 7, 2017, transmitted herewith is a copy of the entire First Circuit Court record as of March 8, 2017, and as certified by a designated Clerk of the Court, First Circuit.

Sincerely,

Patsy K. Nakamoto
Legal Documents Court Administrator
Legal Documents Branch I
First Circuit Court, State of Hawaii

PKN: fo

Acknowledged by: _____

Date: 3/8/17

CIVIL No. 17-1-0167-01 KTN
Page 2

Copies of transmittal letter only mailed to:

JOHN F. PERKIN, ESQ.
BRANDEE J.K. FARIA, ESQ.
Davies Pacific Center
841 Bishop Street, Suite 1000
Honolulu, HI 96813

Attorneys for Plaintiff
LINDA ROBINSON


CRAIG K. SHIKUMA, ESQ.
JESSE W. SCHIEL, ESQ.
YUKO FUNAKI, ESQ.
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, HI 96813-3889

Attorneys for Defendant
FIRST HAWAIIAN BANK